```
THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH,
A Professional Law Corporation
4328 Redwood Hwy., Suite 300
San Rafael, CA 94903
Telephone:    415/674-8600
Facsimile:    415/674-9900

Attorneys for Plaintiffs
IRMA RAMIREZ
and DISABILITY RIGHTS
ENFORCEMENT, EDUCATION,
SERVICES: HELPING YOU
HELP OTHERS
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA RAMIREZ, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>MARTHA'S OLD MEXICO; PETER R. BARBIERI and JUDITH A BARBIERI, as trustees of the PETER R. BARBIERI and JUDITH A BARBIERI FAMILY TRUST; MARTHA LETICIA LOPEZ and ELVIA LOBATO, individuals dba MARTHA'S OLD MEXICO,<br><br>　　　　Defendants. | **CASE NO. CV-08-1403-MEJ**<br><br>**NOTICE OF CHANGE OF FIRM ADDRESS** |

**TO THE COURT, DEFENDANTS AND THEIR COUNSEL OF RECORD:**

///

///

///

///

///

///

1  PLEASE TAKE NOTICE THAT, Thomas E. Frankovich, *A Professional Law Corporation*, has changed its address from: 2806 Van Ness Avenue, San Francisco, California, 94109 to the following:

**4328 Redwood Hwy, Suite 300**

**San Rafael, California, 94903**

The telephone number and fax number remain the same.

Dated: August 28, 2008           THOMAS E. FRANKOVICH
                                 *A PROFESSIONAL LAW CORPORATION*

                                 By: _____/S/_____
                                     THOMAS E. FRANKOVICH
                                     Attorneys for Plaintiffs

NOTICE OF CHANGE OF FIRM ADDRESS                                     2