|     |     |
| --- | --- |
| 1 | THOMAS E. FRANKOVICH (State Bar No. 074414) |
| 2 | THOMAS E. FRANKOVICH, *A Professional Law Corporation* |
| 3 | 4328 Redwood Hwy., Suite 300<br>San Rafael, CA 94903<br>Telephone:  415/674-8600 |
| 4 | Facsimile:   415/674-9900 |
| 5 | Attorneys for Plaintiffs<br>IRMA RAMIREZ |
| 6 | and DISABILITY RIGHTS<br>ENFORCEMENT, EDUCATION, |
| 7 | SERVICES: HELPING YOU<br>HELP OTHERS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA RAMIREZ, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>           Plaintiffs,<br><br>v.<br><br>MARTHA'S OLD MEXICO; PETER R. BARBIERI and JUDITH A BARBIERI, as trustees of the PETER R. BARBIERI and JUDITH A BARBIERI FAMILY TRUST; MARTHA LETICIA LOPEZ and ELVIA LOBATO, individuals dba MARTHA'S OLD MEXICO,<br><br>           Defendants. | **CASE NO. CV-08-1403-MEJ**<br><br>**STIPULATION OF DISMISSAL AND ~~[PROPOSED]~~ ORDER THEREON** |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1). Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees. The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. *See* <u>Kokonen v. Guardian Life Ins. Co.</u>, 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated: December 4, 2008

THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*

By: _____/S/_____
Thomas E. Frankovich
Attorney for Plaintiffs IRMA RAMIREZ and
DISABILITY RIGHTS, ENFORCEMENT, EDUCATION,
SERVICES: HELPING YOU HELP OTHERS, a California
public benefit corporation

Dated: 12-8, 2008

PETTER C. DeGOLIA,
CLEMENT, FITZPATRICK & KENWORTHY pc

By: _____
Peter C. DeGolia
Attorney for Defendants PETER R. BARBIERI and
JUDITH A BARBIERI, as trustees of the PETER R.
BARBIERI and JUDITH A BARBIERI FAMILY TRUST;
MARTHA LETICIA LOPEZ and ELVIA LOBATO,
individuals dba MARTHA'S OLD MEXICO

///
///
///
///
///
///
///
///

## ORDER

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary. The Clerk of Court shall close the file.

DATED: December 11, 2008

_____
Honorable MARIA-ELENA JAMES
~~Chief~~ United States Magistrate Judge